IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYDE HOLLIS HARRIS,<br><br>Petitioner,<br><br>v.<br><br>ROBERT NEUSCHMID,<br><br>Respondent. | No. 2:19-CV-1780-KJM-DMC-P<br><br><br><br>ORDER |

  Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

  On August 10, 2020, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  Timely objections to the findings and recommendations have been filed.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 10, 2020, are adopted in full;

2. Respondent's motion to dismiss (ECF No. 11) is granted;

3. The Clerk of the Court is directed to enter judgment and close this file; and

4. The court declines to issue a certificate of appealability for the reasons set forth in the findings and recommendations.

DATED: March 31, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE